JACOB MICHEL, as Administrator, etc., of EMIL MICHEL, Deceased, Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Rich, Manning, Kelby, Young and Kapper, JJ.

LOUIS G. MILLER, Respondent, v. ROCKAWAY TRIANGLE REALTY CORPORATION, Appellant, Impleaded with ABRAHAM H. OKUN and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

CHARLES M. MOHR, Respondent, v. FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. The evidence presents a simple question of fact as to whether plaintiff was the procuring cause of the execution of bond by defendant, appellant, as surety. This issue was submitted to the jury in a charge to which no exception was taken, and they have found for plaintiff. The evidence is ample to sustain the verdict. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

WALTER RETKEWICZ, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Order setting aside verdict and granting new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ANNA H. D. Ross, Respondent, v. CHARLES E. A. WOECKENER, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.

FRANK A. Ross, Respondent, v. CHARLES E. A. WOECKENER, Appellant, Impleaded with Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ.